No. 99–9233. ATHERTON v. SNYDER ET AL. Sup. Ct. Va. Certiorari denied.

No. 99–9234. CUDNOHOSKY v. CIRCUIT COURT OF WISCONSIN, DANE COUNTY, ET AL. Ct. App. Wis. Certiorari denied.

No. 99–9235. ALDAZABAL v. MORGAN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 99–9236. BAEZ v. FOLES, CHIEF DEPUTY SHERIFF, CLAYTON COUNTY, GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 99–9251. HARRISON v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–9252. DUBUC v. JOHNSON ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–9253. DANIEL v. PAPERBACK SWAP-N-SHOP. C. A. 5th Cir. Certiorari denied.

No. 99–9255. GIBSON v. CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–9259. SMITH v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 99–9263. CHEATHAM v. WARD, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–9265. BURNETT v. GREEN. Ct. App. Mich. Certiorari denied.

No. 99–9273. THAMES v. WHITE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–9274. TAYLOR v. CONNECTICUT BOARD OF MEDIATION AND ARBITRATION. App. Ct. Conn. Certiorari denied.

No. 99–9296. ROBERTS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 99–9317. RICHARDSON-LONGMIRE v. KANSAS. C. A. 10th Cir. Certiorari denied.